# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CALHOUN-EL, #160083 )<br>P.O. Box 534 (JCI) )<br>Jessup. Maryland )<br>     )<br>          Plaintiff,      )<br>     )<br>     v.      )<br>     )   Civil Action No.<br>MURIEL BOWSER, MAYOR, )<br>Individually and in her official capacity )<br>1350 Pennsylvania Ave., NW )<br>Washington, DC 20006, )<br>     )<br>QUINCY L. BOOTH, )<br>DIRECTOR FOR THE D.C. )<br>DEPARTMENT OF CORRECTIONS, )<br>Individually and in his official capacity )<br>2000 14th Street, NW, Seventh Floor )<br>Washington, DC 20009, )<br>     )<br>COMMUNITY ACTION GROUP )<br>DIRECTOR, )<br>Individually and in his official capacity )<br>3323 13th Street, NE )<br>Washington, DC 20032, )<br>     )<br>LENNARD JOHNSON, WARDEN, )<br>Individually and in his official capacity )<br>1901 D Street, SE )<br>Washington, DC 20003 )<br>     )<br>KEISHA GORDAN, DIRECTOR )<br>COURT SERVICES AND OFFENDER )<br>SUPERVISION AGENCY FOR )<br>THE DISTRICT OF COLUMBIA, )<br>Individually and in her official capacity )<br>2101 MLK Avenue, SE )<br>Washington, DC 20020 ) | |

| | |
|---|---|
| RANDY HOLLEY, SUPERVISION OFFICER, COURT SERVICES AND OFFENDER SUPERVISION AGENCY FOR THE DISTRICT OF COLUMBIA, Individually and in his official capacity 2101 MKL Avenue, SE Washington, DC 20020, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATION

I, Daniel F. Van Horn, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 68 Fed. Reg. 74187, 74189 (Dec. 23, 2003) (updating the Attorney General's delegation of authority, effective January 22, 2004) (codified at 28 C.F.R. § 15.4), and most recently re-delegated to me on September 27, 2017, hereby certify that I have read the Complaint in the above-captioned civil action, and based on the information currently available to me find that Defendants Keisha Gordan, Director and Randy Holley, Supervision Officer, were acting within the scope of their office of employment as a federal employees at the time of the incidents out of which the claims alleged arose.

Dated: July 1, 2019

DANIEL F. VAN HORN
Chief, Civil Division